**ROSEBERRY et al. v. GRAHAM et al.**

No. 10647.

Court of Civil Appeals of Texas. San Antonio.

Dec. 20, 1939.

Lloyd & Lloyd, of Alice, for appellants.

Perkins & Floyd, of Alice, and Keys & Holt, of Corpus Christi, for appellees.

SMITH, Chief Justice.

Neither party to this appeal has filed any brief in the case. No fundamental error is apparent of record.

The judgment is affirmed.